IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00314-MOC-WCM

| | |
|---|---|
| UNIYA SWAN-SULLIVAN<br>*On Behalf of Herself and*<br>*All Others Similarly Situated*<br><br>**Plaintiff,**<br><br>v.<br><br>**EAT DRINK HERE L.L.C.,**<br>**CHARLES A. HODGE**<br>*doing business as*<br>**Sovereign Remedies**<br><br>**Defendants.** | **ORDER** |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 13) filed by Narendra K. Ghosh. The Motion indicates that Mr. Ghosh, a member in good standing of the Bar of this Court, is local counsel for Uniya Swan-Sullivan, and that he seeks the admission of David W. Garrison, who the Motion represents as being a member in good standing of the Bar of the State of Tennessee. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 13) and **ADMITS** David W. Garrison to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 6, 2022

W. Carleton Metcalf
United States Magistrate Judge