UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-314-MOC-WCM

| | |
|---|---|
| **UNIYA SWAN-SULLIVAN, et al.,** | ) |
| Plaintiffs, | ) |
| Vs. | ) ORDER |
| **EAT DRINK HERE, LLC, ET AL.,** | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the parties' Notice of Settlement and Joint Motion to Set Briefing Schedule for the parties to file a motion and brief requesting that this Court approve their settlement agreement. (Doc. No. 32). The motion is **GRANTED**. The parties shall file a motion and brief requesting such approval by July 29, 2022.

**IT IS SO ORDERED**.

Signed: July 20, 2022

Max O. Cogburn Jr
United States District Judge