UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-314-MOC

| | |
|---|---|
| **Uniya Swan-Sullivan,** )<br>**On Behalf of Herself and All Others** )<br>**Similarly Situated,** )<br>              **Plaintiff,** )<br>**vs.** )<br>)<br>)<br>**Eat Drink Here L.L.C., et al.,** )<br>)<br>             **Defendants.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on a Consent Motion to Dismiss Opt-In Plaintiff Dakota Case Without Prejudice. (Doc. No. 36).

For good cause shown, the Motion is **GRANTED**. Opt-In Plaintiff Dakota Case is **DISMISSED WITHOUT PREJUDICE** from this litigation pursuant to Federal Rule of Civil Procedure 21.

**IT IS SO ORDERED**.

Signed: September 5, 2022

Max O. Cogburn Jr
United States District Judge

1